UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Victor Herczeg,                                    Case No. 08-60226-SWR
                                                   Chapter 7
                    Debtor.                        Hon. Steven W. Rhodes
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The enclosed check in the amount of $5.05 represents the total sum of unclaimed dividends (less than $5) in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the Parties entitled to these unclaimed dividends is as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 3 | Chase Bank USA<br>c/o Weinstein and Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121 | $4.44 |
| 4 | T Mobile USA Inc<br>Attn: Bankruptcy Dept.<br>PO Box 53410<br>Bellevue, WA 98015-3410 | $0.43 |
| 6U | IRS<br>P.O. Box 145566<br>Cincinnati, OH 45214 | $0.18 |
| | **Total:** | **$5.05** |

 /s/ Mark H. Shapiro (P43134)
Trustee
25925 Telegraph Road, Suite 203
Southfield, MI 48033
(248) 352-4700
shapiro@steinbergshapiro.com

Date: October 8, 2010